**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HERBERT MONZON; AND SOFIA MONZON,<br><br>             Appellants,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Respondent. | No. 66624<br><br>**FILED**<br><br>MAY 2 1 2015 |



## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Elliott A. Sattler, District Judge
       Nevada Legal Services/Reno
       Tiffany & Bosco, P. A.
       Washoe District Court Clerk

15-15645

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT MONZON; AND SOFIA MONZON,

Appellants,

vs.

WELLS FARGO BANK, N.A.,

Respondent.

No. 66624

FILED

MAY 21 2015



## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Elliott A. Sattler, District Judge
Nevada Legal Services/Reno
Tiffany & Bosco, P. A.
Washoe District Court Clerk

15-15645